# cerasia law llc
## employment lawyers

Edward Cerasia II
646.525.4231
ed@cdemploymentlaw.com

March 24, 2022

**BY ECF**

The Honorable Carol Bagley Amon
United States District Judge
United States District Court for
 the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  Bolden and Williams v. Brooklyn Nets, 21-CV-6328 (CBA-TAM)

Dear Judge Amon:

My firm represents the plaintiffs in this case.  I write to notify Your Honor that the parties have agreed to settle this case, and are in the process of finalizing the settlement papers.  We anticipate filing a Stipulation of Dismissal with Prejudice within the next 30 days.

Please let us know if Your Honor has any questions or needs any additional information.

Respectfully submitted,

CERASIA LAW LLC

Edward Cerasia II

cc:  Jonathan Stoler, Esq. (By ECF)